UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JUAN C. MONTALBA                                                                                    PLAINTIFF

VS.                                    4:17-CV-00301-JM-JTR

VIVALON NELSON, Lieutenant,
Pulaski County Regional Detention Facility, *et al*.                                        DEFENDANTS

# ORDER

The recommended disposition [Doc. No. 55] submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections were filed, and the time for submitting objections has passed. After careful consideration, the recommended disposition is adopted in its entirety.

Accordingly, the motion for summary judgment filed by Defendants Robert Andexler, Vivalon Nelson, and Curtis Williams [Doc. No. 47] is granted, and Plaintiff Jan Montala's claims against all three Defendants are dismissed with prejudice.

IT IS SO ORDERED THIS 22nd day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE