UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JUAN C. MONTALBA**                                                                                           **PLAINTIFF**

**VS.**                                       **4:17-CV-00301-JM-JTR**

**VIVALON NELSON, Lieutenant,**
**Pulaski County Regional Detention Facility,** *et al.*                                  **DEFENDANTS**

## JUDGMENT

Consistent with the today's order, Plaintiff's remaining claims against Defendants Robert Andexler, Vivalon Nelson, and Curtis Williams are dismissed with prejudice. Because all claims asserted by Plaintiff have now been dismissed, the Clerk of the Court is directed to terminate the case.

IT IS SO ORDERED THIS 22nd day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE